NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**C. ROBERT SUESS, LEO SHERRY, RICHARD A. GREEN, IRVING ROBERTS, ON BEHALF OF ALL OTHER SHAREHOLDERS OF BENJAMIN FRANKLIN FEDERAL SAVINGS AND LOAN ASSOCIATION, PETER BAKER, BENJAMIN FRANKLIN FEDERAL SAVINGS AND LOAN ASSOCIATION, AND DONALD MCINTYRE,**
*Plaintiffs-Appellants,*

AND

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5101

---

Appeal from the United States Court of Federal Claims in 90-CV-981, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

**ORDER**

The plaintiffs-appellants move without opposition for leave to file the joint appendix out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The joint appendix is due within 21 days of the date of filing of this order.

FOR THE COURT

MAR 3 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Don S. Willner, Esq.
     John M. Dorsey, III, Esq.
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 0 2012

JAN HORBALY
CLERK